# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 10, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-11273-FF  ; 15-14992 -FF
Case Style: Advantor Systems Corporation, et al v. DRS Technical Services, Inc.
District Court Docket No: 6:14-cv-00533-GAP-DAB

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

The motion to consolidate the above appeals has been GRANTED.  Briefing notice will be issued in 16-11273FF.  The briefs are on file for 15-14992FF.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Janet K. Mohler, FF
Phone #: (404) 335-6178

MOT-2 Notice of Court Action